ACCEPTED
04-15-00114-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
12/28/2015 9:06:21 PM
KEITH HOTTLE
CLERK

# No 04-15-00114-CV

IN THE FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS

12/28/15 9:06:21 PM

KEITH E. HOTTLE
Clerk

**HARI PRASAD KALAKONDA AND LATHA KALAKONDA,** *Appellants*

**v.**

**ASPRI INVESTMENTS, LLC,** *Appellee*

On Appeal from 45th Judicial District Court
of Bexar County, Texas, Cause No: 2014-CI-16394,
the Honorable Judge Karen H. Pozza, presiding.

## APPELLANTS' MOTION TO EXTEND TIME TO FILE MOTION FOR REHEARING

Appellants, Hari Prasad Kalakonda and Latha Kalakonda, respectfully file this motion, and would show the court as follows:

1. The deadline for filing the appellants' motion is December 28th, 2015.

2. Appellants need a fourteen day extension (until Jan 11th 2016).

3. Appellants are not ready with the motion yet and need more time to review, research and prepare.

4. This is the first extension sought by the appellants.

1

## PRAYER FOR RELIEF

For the reasons set forth above, Appellants respectfully request that this Court grant them a fourteen day extension (until Jan 11th 2016) to file their Motion for rehearing.

Respectfully submitted.

/s/ Hari Prasad Kalakonda
/s/ Latha Kalakonda

Hari Prasad Kalakonda
Latha Kalakonda
5002, Newcastle Ln,
San Antonio, Texas – 78249
Tel: 210 687 4988
email: smfoodmart@yahoo.com
***PRO-SE APPELLEANTS***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing instrument was served via eFile (to the extent the same was possible) and via facsimile (to the extent service through said eFile was not possible) at the same time as the foregoing was e-filed with the Court on December 28th, 2015.

Michael D. Conner
State Bar No. 04688650
1415 Louisiana, 36th Floor
Houston, Texas 77002
Telephone: (713) 220-9162
Facsimile: (713) 223-9319
Email: mconner@hirschwest.com

Eric S. Lipper
State Bar No. 12399000
1415 Louisiana, 36th Floor
Houston, Texas 77002
Telephone: (713) 220-9182
Facsimile: (713) 223-9319
Email: elipper@hirschwest.com

Frederick L. Fuhr
T.B.A. No. 00798193
107 Landing Blvd., Ste. F
League City, Texas 77573
Telephone 281.332.1400
Facsimile 281.332.8885
Email: ffuhr@aol.com

**ATTORNEYS FOR APPELLE**

/s/ Hari Prasad Kalakonda
/s/ Latha Kalakonda
Hari Prasad Kalakonda
Latha Kalakonda
***PRO-SE APPELLEANTS***